IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PORTIA MCCOLLUM, Derivatively on Behalf of Nominal Defendant LAMB WESTON HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> THOMAS P. WERNER, BERNADETTE M. MADARIETA, PETER J. BENSEN, CHARLES A. BLIXT, ROBERT J. COVIELLO, RITA FISHER, ANDRE J. HAWAUX, W. G. JURGENSEN, THOMAS P. MAURER, HALA G. MODDELMOG, ROBERT A. NIBLOCK, and MARIA RENNA SHARPE, <br><br> Defendants, <br><br> and <br><br> LAMB WESTON HOLDINGS, INC., <br><br> Nominal Defendant. | Case No.: 1:24-CV-00345-DKG <br><br> **ORDER CONSOLIDATING RELATED DERIVATIVE ACTIONS, ACCEPTING SERVICE, AND APPOINTING CO-LEAD COUNSEL** |
| JOHN O'KEEFE, Derivatively on Behalf of Nominal Defendant LAMB WESTON HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> THOMAS P. WERNER, BERNADETTE M. MADARIETA, PETER J. BENSEN, CHARLES A. BLIXT, ROBERT J. COVIELLO, RITA FISHER, ANDRE J. HAWAUX, W. G. JURGENSEN, HALA G. MODDELMOG, ROBERT A. NIBLOCK, and MARIA RENNA SHARPE, <br><br> Defendants, <br><br> and <br><br> LAMB WESTON HOLDINGS, INC., <br><br> Nominal Defendant. | Case No.:  1:24-cv-00414-DKG |

ORDER CONSOLIDATING RELATED DERIVATIVE ACTIONS, ACCEPTING SERVICE, AND APPOINTING CO-LEAD COUNSEL - 1

WHEREAS the Parties, by and through their respective counsel of record, have stipulated as follows, IT IS ORDERED that:

1. Defendants' undersigned counsel hereby accepts service of the complaints filed in the Related Derivative Actions on behalf of the Company and Defendants Thomas P. Werner, Bernadette M. Madarieta, Peter J. Bensen, Charles A. Blixt, Robert J. Coviello, Rita Fisher, Andrew J. Hawaux, W. G. Jurgensen, Hala G. Moddelmog, Robert A. Niblock, and Maria Renna Sharpe.[1]

2. The following actions are hereby consolidated for all purposes, including pre-trial proceedings and trial, under Case No.: 1:24-cv-00345-DKG (the "Consolidated Action"):

| Case Name | Case Number | Date Filed |
|---|---|---|
| *McCollum v. Werner, et al.*, | Case No. 1:24-cv-00345-DKG | August 1, 2024 |
| *O'Keefe v. Werner, et al.*, | Case No. 1:24-cv-00414-DKG | September 6, 2024 |

3. Every pleading filed in the Consolidated Action, or in any separate action included herein, must bear the following caption:

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| IN RE LAMB WESTON HOLDINGS, INC. DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Case No. 1:24-cv-00345-DKG<br><br>(Consolidated with Case No. 1:24-cv-00414-DKG) |

4. All papers filed in connection with the Consolidated Action will be maintained in

---

[1] Defendant Thomas P. Maurer passed away recently. Attorneys for his estate have not yet appeared in the litigation.

ORDER CONSOLIDATING RELATED DERIVATIVE ACTIONS, ACCEPTING SERVICE, AND APPOINTING CO-LEAD COUNSEL - 2

one file under C.A. No. 1:24-cv-00345-DKG.  All documents previously filed and/or served in the Related Derivative Actions shall be deemed a part of the record in the Consolidated Action.

5. This Order shall apply to each shareholder derivative action arising out of the same, or substantially the same, transactions or events as these cases, which is subsequently filed in, removed to, reassigned to, or transferred to this Court. When a shareholder derivative action that properly belongs as part of *In re Lamb Weston Holdings, Inc. Derivative Litigation*, Lead Case No. 1:24-cv-00345-DKG, is hereafter filed in the Court, removed to this Court, reassigned to the Court, or transferred here from another court, this Court requests the assistance of counsel in calling to the attention of the clerk of the Court the filing, removal, reassignment, or transfer of any case that might properly be consolidated as part of *In re Lamb Weston Holdings, Inc. Derivative Litigation*, Lead Case No. 1:24-cv-00345-DKG, and Co-Lead Counsel are to assist in ensuring that counsel in subsequent actions receive notice of this order. Unless otherwise ordered, the terms of all orders, rulings, and decisions in the Consolidated Action shall apply to all later shareholder derivative actions involving Lamb Weston filed in this Court.

6. Co-Lead Counsel for plaintiffs for the conduct of the Consolidated Action shall be:

**RIGRODSKY LAW, P.A.**
Timothy J. MacFall
Samir Aougab
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
Telephone: (516) 683-3516
Facsimile: (302) 654-7530
Email: tjm@rl-legal.com
Email: sa@rl-legal.com

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim
275 Madison Avenue, 40th Floor
New York, NY 10016

ORDER CONSOLIDATING RELATED DERIVATIVE ACTIONS, ACCEPTING SERVICE, AND APPOINTING CO-LEAD COUNSEL - 3

                Telephone: (212) 686-1060
                Facsimile: (212) 202-3827
                Email: philkim@rosenlegal.com

7.      Liaison Counsel for plaintiffs for the conduct of the Consolidated Action shall be:

**HEPWORTH HOLZER, LLP**
John J. Janis [ISB #3559]
537 W. Bannock Street, Ste. 200
P.O. Box 2582
Boise, Idaho 83701-2582
Telephone: (208) 343-7510
Fax No. (208) 342-2927
Email: jjanis@HepworthHolzer.com

8.      Plaintiffs' Co-Lead Counsel shall have the sole authority to speak for plaintiffs in all matters regarding pre-trial procedure, trial, and settlement negotiations and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

9.      Co-Lead Counsel will be responsible for coordinating all activities and appearances on behalf of plaintiffs. No motion, request for discovery, or other pre-trial or trial proceedings will be initiated or filed by any plaintiffs except through Co-Lead Counsel.

10.     Counsel for all Defendants may rely upon all agreements made with Co-Lead Counsel, or other duly authorized representative of Co-Lead Counsel, and such agreements shall be binding on all plaintiffs.

11.     The parties to the Consolidated Action shall file a proposed schedule within 60 days of the date the Court enters this Order, and Defendants need not respond to the complaints in the Related Derivative Actions or in the Consolidated Action until such date as may be set forth in a schedule entered by the Court.

12. This Order is without prejudice to the right of the Company and/or Defendants Thomas P. Werner, Bernadette M. Madarieta, Peter J. Bensen, Charles A. Blixt, Robert J. Coviello, Rita Fisher, Andrew J. Hawaux, W. G. Jurgensen, Hala G. Moddelmog, Robert A. Niblock, and Maria Renna Sharpe to raise any and all arguments or defenses that they or any of them may have, including, but not limited to, those relating to forum, venue, or jurisdiction (except that none of these Defendants will contest the sufficiency of service of process of the complaints in the Related Derivative Actions).

13. This Order is without prejudice to the right of any Plaintiff to raise any and all arguments or claims. Plaintiff preserves all claims of any kind.

DATED: September 23, 2024

_____
Honorable Debora K. Grasham
United States Magistrate Judge