UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PORTIA MCCOLLUM, Derivatively on behalf of Nominal Defendant LAMB WESTON HOLDINGS INC., <br><br> Plaintiff, <br><br> v. <br><br> THOMAS P. WERNER, BERNADETTE M. MADARIETA, PETER J. BENSEN, CHARLES A. BLIXT, ROBERT J. COVIELLO, RITA FISHER, ANDRE J. HAWAUX, W. G. JURGENSEN, THOMAS P. MAURER, HALA G. MODDELMOG, ROBERT A. NIBLOCK, and MARIA RENNA SHARPE, <br><br> Defendants. | Case No. 1:24-cv-00345-BLW <br><br> ORDER OF DISMISSAL WITHOUT PREJUDICE |

Upon consideration of the parties' Stipulation for Voluntary Dismissal (Dkt. 22), and pursuant to Federal Rule of Civil Procedure 41(a)(2), it is hereby ORDERED that:

1. The Action is DISMISSED without prejudice;

2. The parties shall bear their own attorneys' fees, costs and expenses in relation to the Action; and

3. No notice of dismissal is required under Rule 23.1(c).

DATED: November 25, 2024

B. Lynn Winmill
U.S. District Court Judge

ORDER - 1